862 A.2d 101

Michael KURTZ, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

Nov. 30, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of November 2004, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and this case is RE-MANDED to the trial court for consideration of any remaining issues. See *Siekierda v. Commonwealth of Pennsylvania Dep't of Transp.,* —— Pa. ——, 860 A.2d 76 (2004).